UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

GS Holistic, LLC,

                Plaintiff(s),

      -against-

A to Z on 8th, Inc., et al.,

                Defendant(s).

------------------------------------x

25 CV 4300 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than March 30, 2026 of the status of the action/remaining claims/defendants.


SO ORDERED.

_Loretta A. Presка_

LORETTA A. PRESKA,

Senior U.S.D.J.


Dated: 3/23/26

New York, New York